FILED
John E. Triplett, Acting Clerk
United States District Court

*By MGarcia at 9:06 am, Oct 22, 2020*

# United States District Court
## for the Southern District of Georgia
### Statesboro Division

UNITED STATES OF AMERICA,

v.

SAMORI JODAN SMOKES,

    Defendant.

CR 616-010-7

### ORDER

Before the Court is Samori Smokes's renewed motion for compassionate release. Dkt. No. 383. For the reasons stated in the Court's October 9, 2020 Order, dkt. no. 380, Smokes's motion is **DENIED**.

**SO ORDERED**, this  21  day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA